IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/15/2010

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Jointly Administered Under |
| DEEP MARINE HOLDINGS, INC. et al., | § | Case No. 09-39313-H1-11 |
| Debtors. | § | |
| | § | |
| | § | |
| OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS, | § | |
| Plaintiffs, | § | |
| v. | § | Adversary No. 10-3116 |
| | § | |
| FLI DEEP MARINE LLC, BRESSNER | § | |
| PARTNERS LTD., LOGAN LANGBERG, | § | |
| HARLEY LANGERG, DEEPWORK, INC., | § | |
| Defendants. | § | |

ORDER SHORTENING ANSWER DATE
(Docket #___)

DENIED without prejudice.  The Plaintiffs have not yet demonstrated that the Complaint and summons have been served on the Defendants.  The Court will not consider shortening the answer date of an unserved defendant.

Signed: March 12, 2010

_____
Marvin Isgur
Chief United States Bankruptcy Judge

Austin 57533v1