UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
(HOUSTON DIVISION)

| | |
|---|---|
| In re:<br><br>DEEP MARINE HOLDINGS, INC. et al.,<br><br>    Debtors.<br><br>———————————————<br><br>OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS,<br><br>    Plaintiffs,<br><br>-against-<br><br>FLI DEEP MARINE LLC, BRESSNER<br>PARTNERS LTD., LOGAN LANGBERG,<br>HARLEY LANGBERG, DEEPWORK, INC.,<br><br>    Defendants. | Chapter 11<br><br>Jointly Administered Under<br>Case No. 09-39313-H1-11<br><br><br><br><br><br>Adversary No. 10-3116 |

**DEFENDANTS FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., LOGAN LANGBERG and HARLEY LANDBERG'S MOTION FOR ADJOURNMENT OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOCKET NO. 26)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Defendants FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., LOGAN LANGBERG, and HARLEY LANGBERG, file this Motion for an Adjournment of Their Time to Respond to Plaintiff's Motion for Summary Judgment, and states as follows:

**INTRODUCTION AND RELIEF REQUESTED**

1. On or about April 27, 2010, Plaintiff OFFICIAL COMMITTEE OF UNSECURED COREDITORS (hereinafter referred to as the "Plaintiff") filed its Motion for

Summary Judgment, assigned Docket No. 26 (hereinafter referred to as the "Motion") in the captioned Adversary Proceeding. Defendants FLI DEEP MARINE LLC, BRESSNER PARTNERS LTD., LOGAN LANGBERG, and HARLEY LANGBERG (hereinafter collectively referred to as the "Defendants") time to respond and/or oppose the Motion expires on May 17, 2010.

2. Counsel for Defendants have contacted Hugh M. Ray, III, Esq., counsel for Plaintiffs, who graciously agreed to a short, two-day adjournment of Defendants' time to respond to the Motion, provided that should he require additional time to serve to serve his reply Defendants would provide consent. Should the Court grant the relief requested herein, Defendants' opposition to Plaintiff's Motion for Summary Judgment will be due on or before Wednesday, May 19, 2010. The reason for the adjournment is because of Defendants' counsel's extremely heavy trial schedule during the months of April and May, 2010.

3. Defendants will consent to any adjournment requested by the Plaintiffs with the service and filing of Plaintiff's reply in connection with this application.

4. Plaintiffs will not be prejudiced should the Court grant this request.

**WHEREFORE**, the Defendants respectfully pray that this Court: (1) grant an adjournment of their time to respond to Plaintiff's Motion for Summary Judgment, making any response due on or before Wednesday, May 19, 2010; and (2) grant Defendant such other and further relief, both at law and in equity, to which they may show themselves justly entitled.

Dated: May 17, 2010

                                       JASPAN SCHLESINGER LLP

                 By:     /s/ Lisa M. Golden
                         Lisa M. Golden (LMG-2148)
                         300 Garden City Plaza
                         Garden City, New York 11530
                         (516) 746-8000
                         Fax: (516) 393-8282

                         PADUANO & WEINTRAUB LLP
                         1251 Avenue of the Americas
                         Ninth Floor
                         New York, New York 10020
                         (212) 785-9100

                         Attorneys for the Defendants
                         FLI Deep Marine LLC, Bressner Partners Ltd.,
                         Logan Langberg and Harley Langberg