

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/07/2010

| | | |
|---|---|---|
| IN RE: | § | |
| DEEP MARINE HOLDINGS, INC., *et al*, | § | Case No. 09-39313 |
|     Debtor(s). | § | |
| | § | Chapter 11 |
| | § | |
| OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS, | § | |
|     Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 10-3116 |
| | § | |
| FLI DEEP MARINE LLC, *et al*, | § | |
|     Defendant(s). | § | Judge Isgur |

### ORDER SETTING HEARING

A Status Conference will be conducted at **1:30 p.m. on July 29, 2010,** in Courtroom 404, 4th Floor, 515 Rusk Avenue, Houston, Texas, to consider Plaintiff's Motion for Summary Judgment (Doc. #26). Within two business days of receipt of this notice, the Plaintiff shall serve a copy of this notice on all parties entitled to notice of the hearing and file a certificate of service with the Court.

SIGNED **June 7, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE