

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/18/2010

| | | |
|---|---|---|
| IN RE: § | | |
| DEEP MARINE HOLDINGS, INC., *et al*, § | Case No. 09-39313 | |
| Debtor(s). § | | |
| § | Chapter 11 | |
| § | | |
| OFFICIAL COMMITTEE OF § | | |
| UNSECURED CREDITORS, § | | |
| Plaintiff(s) § | | |
| § | | |
| VS. § | Adversary No. 10-03116 | |
| § | | |
| FLI DEEP MARINE LLC, *et al*, § | | |
| Defendant(s). § | Judge Isgur | |

## COMPREHENSIVE SCHEDULING, PRE-TRIAL AND TRIAL ORDER

A pretrial conference was held on November 18, 2010. The parties submitted a Rule 26 Report:

    A.    _____ which is attached and is accepted by the Court except as modified by this order; or

    B.    \_\_\_\_**X**\_\_\_ which is filed at docket #63 and is accepted by the Court except as modified by this order.

Under authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby **ORDERED** that the following deadlines and settings shall apply in the above referenced adversary:

    1.    All discovery in this case must be completed on or before July 30, 2011.

    2.    The party with the burden of proof on an issue must serve its expert reports no later than May 1, 2011. Rebuttal expert reports must be served no later than June 15, 2011.

    3.    Dispositive motions may not be filed after August 15, 2011. Any responses to dispositive motions must be filed within 21 days after a dispositive motion is filed.

    4.    Witness and Exhibit Lists must be exchanged at least 2 working days prior to the face to face meeting required in the following paragraph. Copies of the exhibits shall be attached to the Exhibit List.

    5.    Counsel must meet face to face to attempt to resolve these issues amicably, to attempt to stipulate to as many facts and issues as possible, and to prepare the pretrial order.

This face to face meeting must occur prior to July 21, 2011. The court intends that this will be a substantive, good faith effort to resolve issues. Therefore trial counsel (lead counsel) are required to attend this meeting in person. Counsel who are not present at this meeting may not be permitted to participate in the trial.

6. The parties must jointly prepare and file a proposed form of pretrial order not later than October 24, 2011. The proposed form of order must be signed by counsel for both parties and must be in the form set forth as Appendix C on the Court's website.

7. Copies of exhibits must be attached to the pretrial order. Relevant portions of lengthy exhibits must be highlighted. Counsel must also attach succinct memoranda on disputed issues of law. A courtesy copy of the pretrial order must be delivered to chambers when the pretrial order is filed with the clerk.

8. A Pre-Trial Conference will not be held.

9. Trial of this adversary proceeding will commence on November 2, 2011 at 9:00 a.m. It is estimated that trial can be completed in 8 hours of trial time.

**IT IS FURTHER**:

**ORDERED** that changes to this Scheduling Order may only be made by further order of this Court. A motion to extend any deadline and/or alter any hearing date will only be granted for good cause shown beyond the control of the lawyers and/or parties and only in very limited circumstances.

SIGNED **November 18, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE